IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MATTHEW PEOPLES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-24-0940-HE |
| | ) | |
| STEVEN HARPE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Matthew Peoples has filed a habeas corpus petition. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Chris M. Stephens for initial proceedings. On October 17, 2024, Judge Stephens issued a Report and Recommendation recommending the court dismiss petitioner's petition for writ of habeas corpus without prejudice. Petitioner was advised of his right to object to the Report and Recommendation by November 7, 2024. On October 31, 2024, petitioner filed a motion to dismiss his petition without prejudice.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #16], **GRANTS** petitioner's motion to dismiss [Doc. #19], and **DISMISSES** petitioner's petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED**.

Dated this 5th day of November, 2024.

JOE HEATON
UNITED STATES DISTRICT JUDGE